No. 03–9311. STEWART v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 03–9317. GUTIERREZ ARCE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–9318. BAXTER v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–9322. RESTUCCI v. SPENCER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK. C. A. 1st Cir. Certiorari denied.

No. 03–9325. MCKOY v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9326. TUEROS v. PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–9331. BUTLER v. CLOUD ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–9337. SOIL v. TAYLOR, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9338. ANDREWS v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9348. LYNN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–9349. HAYNES v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 03–9350. GREENO v. OHIO. Ct. App. Ohio, Seneca County. Certiorari denied.

No. 03–9352. FLORES-GODOY v. ASHCROFT, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.

No. 03–9353. GRIGGS v. HUBBARD, WARDEN. C. A. 9th Cir. Certiorari denied.